IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>J.W. FERRELL CONCRETE COMPANY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-01218<br>Judge: Royce C. Lamberth |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal without prejudice of this action against Defendant, J.W. Ferrell Concrete Company, Inc.

Dated: October 13, 2005

By: _____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N. W.
Washington, D.C. 20037-1526

Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> J.W. FERRELL CONCRETE COMPANY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-01218 <br> ) Judge: Royce C. Lamberth <br> ) <br> ) <br> ) <br> ) |

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

Upon consideration of the attached Notice Of Dismissal Without Prejudice filed by the Plaintiffs, it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed without prejudice.

_____
Royce C. Lamberth
United States District Court Judge