UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>J.W. FERRELL CONCRETE )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1218 (RCL) |

## ORDER

Upon consideration of Plaintiffs' Notice [3] of Dismissal without prejudice, it is hereby

ORDERED that the complaint is dismissed without prejudice. Accordingly, the above-captioned case shall be terminated. The Clerk of this Court is instructed to remove this case from the Court's active docket.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 30, 2005.